# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Michael B. Bennett                                          Docket No. 5:12-MJ-1415-1

### Petition for Action on Probation

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment of Michael B. Bennett, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 3), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on December 11, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 72 hours of community service during the first 90 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is supervised in the Southern District of Indiana by Senior U.S. Probation Officer Ross A. Carothers. Officer Carothers reports that the defendant tested positive for alcohol and marijuana use on February 14, 2014. He reports that when Bennett was confronted with the results, he admitted to binge drinking with vodka on the previous night. He also admitted to using marijuana approximately three days prior to the test. At this time, Officer Carothers is requesting that the term of supervision be continued and modified to include an abstinence condition.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Michael B. Bennett
Docket No. 5:12-MJ-1415-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall abstain from the use of all intoxicants and shall not frequent establishments where alcohol sales are the primary source of revenue.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: March 10, 2014 |

### ORDER OF COURT

Considered and ordered this __13th__ day of __March_____, 2014, and ordered filed and made a part of the records in the above case.

_/s/ William A. Webb_
William A. Webb
U.S. Magistrate Judge